UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:03CR216

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | **CONFIRMING FORFEITURE** |
| | ) | |
| (1) KENNETH STRONG | ) | |

On April 8, 2004, this Court entered a preliminary order of forfeiture pursuant to 21 U.S.C. §853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's plea of guilty to Counts One, Two, and Three in the bill of information. In those counts, defendant was charged with conspiracy, mail fraud, and money laundering conspiracy in violation of 18 U.S.C. §§371,1341, and 1956(h).

On October 27, 2006, the United States published in The Mecklenburg Times, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed.

Based on defendant's plea agreement, the presentence report, and other information in the record, the Court finds, in accordance with Rule 32.2(c)(2), that the defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the preliminary order of forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law: three accounts at Central

Carolina Bank (balance on the date of seizure in parenthesis):

1. Account No. 263104428 in the name of William H. Phillips ($18,248.44)

2. Account No. 263225890 in the name of William H. Phillips ($4,495.54)

3. Account No. 261376482 in the name of Kenbill Properties, Inc. ($7,678.18).

Signed: December 28, 2006

Frank D. Whitney
United States District Judge