UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 3:03CR216-W |
| v. ) | |
| ) | |
| **(1) KENNETH STRONG** ) | ORDER |
| **(2) WILLIAM PHILLIPS** ) | |

THIS MATTER is before the Court on the Government's motion for an extension of time beyond the date of sentencing to establish rightful restitution claims pursuant to the provisions of Title 18, United States Code, Section 3664(d)(5).

FOR GOOD CAUSE SHOWN, this motion is hereby GRANTED. The Court finds that an extension of time is necessary to provide a full opportunity to establish a fair and accurate basis for restitution awards in this matter. The parties are expected to report back to the Court within ninety days of the date of the sentencing with a jointly recommended inventory of specific restitution awards payable to specific victims and, if necessary, a list of potential restitution awards disputed by the parties.

The Clerk is directed to certify copies of this order to defendants, to counsel for defendants, to the United States Attorney, the United States Marshals Office, and to the U.S. Probation Office.

Signed: May 2, 2007

Frank D. Whitney
United States District Judge